In the Matter of the Application of RUTLAND PARKWAY, INC., Appellant, against HARRIS H. MURDOCK, Chairman of the Board of Standards and Appeals, and Others, Constituting the Board of Standards and Appeals, and Another, Respondents.— Order unanimously affirmed, with costs. The rule adopted in *Matter of McGarry* v. *Walsh* (213 App. Div. 289) and in *Matter of Riker* v. *Board of Standards & Appeals* (225 id. 570) is not applicable to the present case. Here new conditions have arisen, due to changes in the neighborhood and the use of adjacent property, so that the application is in effect based on a new state of facts instead of constituting a reopening of a matter once decided. Furthermore, the granting of a variance is hedged about with conditions and limitations. (See *Matter of Riverside St. Clair Corp.* v. *Walsh*, 131 Misc. 652; affd., 225 App. Div. 655; *Matter of Ficaro* v. *Walsh*, 226 id. 441.) Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ANNA McCORMACK, Respondent, v. JAMES McCORMACK, Appellant.— Order denying motion to vacate *ex parte* order and the judgment entered thereon reversed on the law and defendant's motion granted, without costs. A judgment may not be entered and docketed for unpaid temporary alimony. The plaintiff's remedy is by sequestration and contempt proceedings under sections 1171 and 1172 of the Civil Practice Act. (*Jacobson* v. *Jacobson*, 85 Misc. 253; affd., 168 App. Div. 900.) Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

AMELIA L. NIGEY, Respondent, v. WILLIAM NORBERT NIGEY, Appellant.— Order modifying final decree by reducing alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Tompkins and Davis, JJ.; Scudder, J., not voting.

MARY PHILIPS, as Administratrix, etc., of JORDAN PHILIPS, Deceased, Respondent, v. JAMES APUZZO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK PICARELLO, Appellant.—Appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT SPALLINO, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL VALK, Appellant, v. JAMES S. BOLAN, Commissioner of Police, and the WARDEN OF QUEENS COUNTY JAIL, Respondents.— Order dismissing writ of habeas corpus, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.